**INFORMATION SHEET**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
*   JULY 9, 2024   *
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

24-CR-277
Magistrate Judge Marcia M. Henry

1.   Title of Case:  United States v. Kumar Persaud

2.   Related Magistrate Docket Number(s): 23-MJ-00975_____

3.   Arrest Date: *Summon Issuance Date – 11/2/2023*

4.   Nature of offense(s):    ☐   Felony
                              ☒   Misdemeanor

5.   Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y.
     Division of Business Rules):_____

6.   Projected Length of Trial:    Less than 6 weeks      ☒
                                    More than 6 weeks      ☐

7.   County in which crime was allegedly committed: Kings
     (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8.   Was any aspect of the investigation, inquiry and prosecution giving rise to the case
     pending or initiated before March 10, 2012.[1]        ☐ Yes  ☒ No

9.   Has this indictment/information been ordered sealed?        ☐ Yes  ☒ No

10.  Have arrest warrants been ordered?                          ☐ Yes  ☒ No

11.  Is there a capital count included in the indictment?  ☐ Yes  ☒ No

BREON PEACE
UNITED STATES ATTORNEY

By:      /s/Raffaela S. Belizaire
         Raffaela S. Belizaire
         Assistant U.S. Attorney
         (718) 254-6295

---

[1]      Judge Brodie will not accept cases that were initiated before March 10, 2012.